Peter S. Partee, Sr.
Robert A. Rich
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com

*Attorneys for Finance of America Reverse LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DITECH HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10412 (JLG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 3741 & 3754** |

**FINANCE OF AMERICA REVERSE LLC'S STATEMENT OF ISSUES**
**PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837).

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Finance of America Reverse LLC ("Appellant") hereby designates the issues and record on appeal for its appeal from the *Memorandum Decision and Order Sustaining the Fifty-Second Omnibus Objection to Proofs of Claim (Misclassified Claims) with Respect to Claims of Liberty Home Equity Solutions, Inc. and Finance of America Reverse LLC* (ECF No. 3741) (the "Order"), entered in the above-captioned action on October 21, 2021.

Appellant reserves the right to designate additional items for inclusion in the record and to restate and/or supplement the issues presented on appeal. For items designated, the designation includes all documents referenced with the particular docket number, including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.

**STATEMENT OF ISSUES PRESENTED ON APPEAL**

1. Whether the bankruptcy court erred in holding that Appellant's claims for damages resulting from the debtor's post-petition, pre-rejection breach of prepetition subservicing agreements are not entitled to administrative expense priority, solely because those subservicing agreements ultimately were not assumed by the debtor.

2. Whether the bankruptcy court erred in holding that subservicing extension agreements between Appellant and the debtor entered post-petition do not constitute new contracts under applicable state law.

Appellant reserves the right to supplement and/or amend this Statement of Issues.

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

| No. | Date | Dkt. No. | Document Title |
|---|---|---|---|
| 1 | 9-22-2019 | 1326 | Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and its Affiliated Debtors |
| 2 | 9-26-2019 | 1404 | Order Confirming Third Amended Chapter 11 Plan |
| 3 | 9-30-2019 | 1449 | Notice of (I) Entry of Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors, (II) Occurrence of Effective Date, and (III) Final Deadline for Filing Administrative Expense Claims |
| 4 | 11-11-2019 | Claim No. 60182 Attached hereto | Finance of America Reverse LLC Claim # 60182 |
| 5 | 4-25-2019 | Claim No. 21347 Attached hereto | Finance of America Reverse LLC Claim # 21347 |
| 6 | 11-11-2019 | Claim No. 60214 Attached hereto | Liberty Home Equity Solutions, Inc. Claim # 60214 |
| 7 | 11-19-2019 | 1632 | Order Approving (I) Claims Objection Procedures and (II) Claim Hearing Procedures |
| 8 | 12-3-2019 | 1653 | Notice of Appointment of Successor Plan Administrator |
| 9 | 4-17-2020 | 2186 | Fifty-Second Omnibus Objection to Proofs of Claim (Misclassified Claims) |
| 10 | 5-8-2020 | 2314 | Liberty Home Equity Solutions, Inc.'s Response to Fifty-Second Omnibus Objection to Proofs of Claim (Misclassified Claims) |
| 11 | 5-8-2020 | 2315 | Finance of America Reverse LLC's Response to Fifty-Second Omnibus Objection to Proofs of Claim (Misclassified Claims) |
| 12 | 12-11-2020 | 3076 | Reply of Plan Administrator of Support of Fifty-Second Omnibus Objection with Respect to Claims of Finance of America Reverse LLC (Claim Nos. 21347 and 60182) and Liberty Home Equity Solutions, Inc. (Claim No. 60214) |
| 13 | 12-18-2020 | 3116 | Transcript of Hearing Held on 12-17-2020 |
| 14 | 2-1-2021 | 3206 | Transcript of Hearing Held on 1-28-2021 |

| No. | Date | Dkt. No. | Document Title |
|---|---|---|---|
| 15 | 10-21-2021 | 3741 | Memorandum Decision and Order signed on 10/21/2021 Sustaining Fifty-Second Omnibus Objection to Proofs of Claim (Misclassified Claims) with respect to Claims of Liberty Home Equity Solutions, Inc. and Finance of America Reverse LLC |
| 16 | 11-3-2021 | 3754 | Notice of Appeal of Finance of America Reverse LLC |
| 17 | 11-4-2021 | 3756 | Notice of Appeal of Liberty Home Equity Solutions, Inc. |

Dated: November 17, 2021
      New York, New York

By:   */s/ Robert A. Rich*
Peter S. Partee, Sr.
Robert A. Rich
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com

*Counsel to Finance of America Reverse LLC*